J. CLARKE DEAN et al., Copartners under the Firm Name of DEAN, ONATIVIA & Co., Appellants, *v.* FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.

(Argued March 16, 1932; decided March 31, 1932.)

*Max D. Steuer, William F. Unger* and *Samuel Silverman* for appellants.

*Fred Boehm* and *Jacob Linett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN and HUBBS, JJ. Dissenting: LEHMAN, J. Not sitting: KELLOGG, J.